JOSEPH J. SIGUENZA, ESQ. (SBN92327)
LAW OFFICES OF ASHWANI BHAKHRI
1299 Bayshore Hwy., Ste. 208
Burlingame, CA 94010
(650) 685-6334

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALI,

        Plaintiff,

vs.

NEUFELD, et al.

        Defendants.
_____/

NO. 2:18-CV-01026 KJM-KJN

STIPULATION; ORDER
_____

    Subject to the Court's approval, Plaintiff and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows.

    Defendants shall have, until September 10, 2018, to file an Answer or other responsive pleading, to the Complaint For Mandamus.

                              Respectfully submitted,

Dated: June 25, 2018

                          LAW OFFICES OF ASHWANI BHAKHRI

                 BY   <u>s/JOSEPH SIGUENZA</u>
                      JOSEPH J. SIGUENZA
                      Attorneys for Plaintiff

1

Dated: June _____, 2018

                         McGREGOR W. SCOTT
                         United States Attorney

                         By: /s/AUDREY B. HEMESATH
                         AUDREY B. HEMESATH
                         Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that defendant's Answer or other responsive pleading to the Complaint For Mandamus, shall be filed by no later than September 10, 2018. The initial scheduling conference set for August 30, 2018 is VACATED and RESET for September 27, 2018 at 2:30 p.m. The parties shall submit a Joint Status Report at least seven (7) days prior to the Status Conference.

DATED: July 18, 2018.

_____
UNITED STATES DISTRICT JUDGE